FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by __Elon A. Pollack, Esq.__
(Name of attorney of record)
on behalf of __TANGER LIVING, LLC__ in the
matter of __TANGER LIVING, LLC__ v. __United States of America, et al.__,
Court No. __20-03116__.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
   N/A

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.
   N/A

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
   N/A

__/s/ Elon A. Pollack__                __September 21, 2020__
(Signature of Attorney)                        (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)